UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

STEVE M. DEDEIAN,

          Plaintiff,

     v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

          Defendant.
_____

NO.  CV-07-232-CI

**JUDGMENT IN A**
  **CIVIL CASE**

**DECISION BY THE COURT:**

     This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that:

     Plaintiff's Motion for Summary Judgment is **DENIED**; Defendant's Motion for Summary Judgment dismissal is **GRANTED**.  Plaintiff's Complaint and claims are **DISMISSED WITH PREJUDICE**.  Judgment is entered for Defendant.

     DATED this 7th day of April, 2008.

                           JAMES R. LARSEN
                           District Court Executive/Clerk

                           s/ L. Stejskal
                           Deputy Clerk

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28